**Order entered April 3, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01186-CR

### LAURA KAYE SANDERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. MB10-52665-A**

## ORDER

The Court **REINSTATES** the appeal.

On February 12, 2013, we denied appellant's second motion to extend time to file her brief and ordered the trial court to make findings regarding why the brief has not been filed. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is not indigent and is represented by counsel Mark Lassiter; and (3) counsel anticipated filing the brief "as soon as [h]e is able."

We note that although the reporter's record reflects several exhibits were admitted into evidence, the exhibits were not included in the record filed with the Court. Accordingly, we **ORDER** Vicki Tuck, official court reporter of the County Criminal Court No. 1, to file, within

**FIFTEEN DAYS** of the date of this order, a supplemental record containing all of the exhibits admitted into evidence in this case.

We **ORDER** appellant to file her brief within **FORTY-FIVE DAYS** of the date of this order.  No further extensions will be granted. If appellant's brief is not filed within the time specified, the Court will, without further notice, submit the appeal without briefs. *See* Tex. R. App. P. 38.8(b).

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Vicki Tuck, official court reporter, County Criminal Court No. 1, and to counsel for all parties.


/s/    DAVID EVANS
JUSTICE